IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Lionel T | Case Number:  06 B 06630 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/2/07 | Filed:  6/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 16, 2007
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,712.10 |
| Trustee Fee: | | 87.90 |
| Other Funds: | | 0.00 |
| Totals: | 1,800.00 | 1,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,818.50 | 1,712.10 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 12,642.00 | 0.00 |
| 3. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 4. | I C Systems Inc | Unsecured | | No Claim Filed |
| 5. | Omni Credit Service | Unsecured | | No Claim Filed |
| 6. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 7. | Omni Credit Service | Unsecured | | No Claim Filed |
| | | | $ 15,460.50 | $ 1,712.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 74.40 |
| 5.4% | 13.50 |
| | $ 87.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_